UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARA BRODY ex rel. KAMORO ANTHONY LAING and KAMORO ANTHONY LAING,<br><br>          Petitioners,<br><br>    -against-<br><br>KENNETH GENALO, *Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement and Department of Homeland Security,*<br><br>          Respondent. | Case No. 1:25-cv-09980 (JLR)<br><br>**<u>ORDER TO ANSWER</u>** |

JENNIFER L. ROCHON, United States District Judge:

Petitioners have, through next friend Dara Brody, filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241. The Court, having examined the Petition, hereby ORDERS that:

(1) By **December 4, 2025**, Respondent shall file a letter with the following information:

    a. whether Petitioners were, as the Petition alleges, *see* Dkt. 1, ¶ 3, located in the Southern District of New York at the time that the Petition was filed and, if not, what District Petitioners were in at the time of filing and whether the Petition should be immediately transferred to that District, *see, e.g.*, *Öztürk v. Hyde*, 136 F.4th 382, 391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025);

    b. Petitioners' A-numbers, current place of detention, and a contact person who can facilitate prospective counsel's access to Petitioners;

    c. the statutory provision(s) under which Respondent assert the authority to detain Petitioners;

    d. a copy of any final order of removal; and

    e. any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

(2) Unless and until the Court orders otherwise, Respondent shall file an answer to the Petition by **December 5, 2025**; and

(3) Unless and until the Court orders otherwise, Petitioners shall file any reply by **December 10, 2025**.

This matter shall be heard by the Court on **December 12, 2025, at 2:00 p.m.** in the Daniel Patrick Moynihan United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, NY 10007. **Respondent shall produce Petitioners at the conference.**

To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioners shall not be removed from the United States absent further order of this Court. *See, e.g.*, *Khalil v. Joyce*, No. 25-cv-01935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-cv-00644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases."). **Moreover, in light of Petitioners' interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondent shall not transfer Petitioners except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court**. *See, e.g.*, *Perez y Perez v. Noem*, No. 25-cv-04828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-cv-02205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-cv-07117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

All communications with the Court by a *pro se* party should be filed with the *Pro Se* Intake Unit by either (1) emailing the communication as an attachment in PDF format to ProSe@nysd.uscourts.gov (for instructions, see https://nysd.uscourts.gov/forms/instructions-filing-documents-email); (2) mailing the communication to the *Pro Se* Intake Unit, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007; or (3) hand-delivering the communication to the Pro Se Intake Unit.  No documents or court filings should be sent directly to Chambers.  Copies of correspondence between a *pro se* party and counsel shall not be sent to the Court.

If this case has been settled or otherwise terminated, the parties are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

**CONCLUSION**

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

By **December 2, 2025**, Respondent shall file a letter with the Court with the information described in this order.  Respondent shall file an answer to the Petition by **December 5, 2025**. Petitioners shall file any reply by **December 10, 2025**.

This matter shall be heard by the Court on **December 12, 2025, at 2:00 p.m.** in the Daniel Patrick Moynihan United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, NY 10007.  The Court directs the Clerk of Court to mail a copy of this order to Petitioners'

3

Next of Friend, Dara Brody, at the address listed on the docket sheet for this action.  Dara Brody

may receive court documents by email by completing the form, Consent to Electronic Service.[1]

The Court also directs the Clerk of Court to mail Petitioners' Next of Friend an

information package.

SO ORDERED.

Dated:    December 2, 2025
          New York, New York

_____
JENNIFER L. ROCHON
United States District Judge

---

[1] For more information about consenting to electronic service, please review the court's Instructions.  If a party consents to receive documents by email, they will no longer receive court documents by regular mail.