UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARA BRODY ex rel. KAMORO ANTHONY
LAING and KAMORO ANTHONY LAING,

                    Petitioners,

           -against-

KENNETH GENALO, *Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement and Department of Homeland Security*,

                    Respondent.

1:25-cv-09980 (JLR)

**ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION**

JENNIFER L. ROCHON, United States District Judge:

Dar Brody, acting as next friend of Petitioners Kamoro Anthony Laing and Kamoro Anthony Laing, brings this petition for a writ of *habeas corpus* under 28 U.S.C. § 2241.  To proceed with a petition for a writ of *habeas corpus* in this court, a petitioner's next friend must either pay the $5.00 filing fee or, to request authorization to proceed *in forma pauperis* (IFP), submit a signed IFP application.  *See* 28 U.S.C. §§ 1914, 1915.[1]

The petition was submitted without the filing fee or an IFP application.  Within thirty days of the date of this order, Petitioners' next friend must either pay the $5.00 filing fee or complete and submit the attached IFP application.  Payment of the fee should be mailed to the following address:  United States District Court for the Southern District of New York, Cashiers-Room 260, 500 Pearl Street, New York, NY 10007.  Payment of the fees by mail must (1) be made by money order or certified check; (2) be made payable to: Clerk, USDC, SDNY;

---

[1]  "[T]he person wishing to appear as 'next friend' must pay the filing fee or submit a motion to proceed [IFP]."  *Roberts v. McDonough*, No. 3:08-CV-0245, 2008 WL 255737, at *3 (N.D. Fla. June 23, 2008) (Timothy, M.J.).

and (3) include the docket number listed above.   Personal checks are not accepted.   Payment of the fees also can be made in person at the courthouse by credit card, money order, certified check, or cash.   If the IFP application is submitted, it should be labeled with docket number 25-CV-09199 (JLR).   If Petitioners fail to comply with this order within the time allowed, the action will be dismissed without prejudice.

Petitioners' next friend may receive court documents by email by completing a Consent to Electronic Service form.[2]

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.   *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   December 2, 2025
         New York, New York

_____
JENNIFER L. ROCHON
United States District Judge

---

[2]  If Petitioners' next friend consents to receive documents by email, she will no longer receive court documents by regular mail.