UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARA BRODY ex rel. KAMORO ANTHONY LAING and KAMORO ANTHONY LAING,<br><br>          Petitioners,<br><br>     -against-<br><br>KENNETH GENALO, *Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement and Department of Homeland Security*,<br><br>          Respondent. | 1:25-cv-09980 (JLR)<br><br>**<u>OPINION AND ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

On December 1, 2025, Petitioners, through their next friend, petitioned for a writ of habeas corpus under 28 U.S.C. § 2241, challenging the lawfulness of their detention by U.S. Department of Homeland Security ("DHS") agents and seeking, *inter alia*, release from DHS custody.   Dkt. 1 ("Petition").   On December 8, 2025, the Government filed its opposition. Dkt. 15 ("Opp.").   On December 12, 2025, Petitioners filed their reply.   Dkt. 20 ("Reply"). Later that day, the Court held a hearing on the habeas petition.

For the reasons stated on the record, Petitioners' Petition is DENIED under Section 1231 as premature.   This dismissal is without prejudice to Petitioners to refile should their circumstances change. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    December 12, 2025
         New York, New York

 

_____
JENNIFER L. ROCHON
United States District Judge