**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DARA BRODY ex rel. KAMORO ANTHONY
LAING and KAMORO ANTHONY LAING,

                             Petitioners,           25 **CIVIL** 9980 (JLR)

       -against-                              **JUDGMENT**

KENNETH GENALO, Field Office Director for
Detention and Removal, U.S. Immigration and
Customs Enforcement and Department of
Homeland Security,

                            Respondent.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated December 12, 2025, Petitioners' Petition is

DENIED under Section 1231 as premature. This dismissal is without prejudice to Petitioners to

refile should their circumstances change; accordingly, the case is closed.

**DATED:** New York, New York
           December 15, 2025

                                      **TAMMI M. HELLWIG**
                                    _____
                                       **Clerk of Court**

                  BY:        
                                      _____
                                      **Deputy Clerk**